[If you need additional space for ANY section, please attach an attached sheet and reference that section.]

RECEIVED
2/7/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23CV1633
JUDGE CHANG
MAGISTRATE JUDGE HARJANI

United States District Court
Northern District of Illinois

Plaintiff: Jerome E. Watson

v.

Defendant: C/o Beyers, Thomas Dart, Sgt. Szubs
C.C.J.D.O.C

## COMPLAINT

Count 1) At all times defendants are sued in their individual and official capacities. Defendants acted under the color of state law.

On the above date 3.18.22 and time 7:30p.m. C/o Beyers opened an inmate door (cell) Div 9-1-H-1268 so I can give him my food (seen on camera) I then retrieved something from that inmate, that the officer asked for, I then told him "no" (verbatim) C/o Beyers then placed me in cuffs, my left hand first, and then tried to cuff my right hand, to retrieve what was in my hand, after which I placed what was in my right hand into my mouth. C/o Beyers then started to strike me in my face numerous of times. After I hit him back to defend myself. Then C/o Beyers and numerous of C/o in Div. 9-1-H on the 3 to 11 shift, slammed me to the ground and started

①

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff
Jerome E. Watson Jr
v.

Defendant
C/o Beers Thomas. Dart. Sgt Szubs
C.C.J.D.O.C

**COMPLAINT**

Kicking me in the face and body (as seen on camera). I was then taken to holding in handcuffs, by Sgt. Szuls, in which he twisted my wrist, and ran my head into the walls causing blood to gush from my forehead. I was taken to Stroger hospital with an fractured jaw, contusion to my wrist, and swelling to the forehead.



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Statement of Claim

Definite Statement

# Exhibit A

Div 9-1-H #1268

On the above date and time C/O Beyer open an inmate cell, so I can give him my food tray (seen on camera). I then retrieved something from that inmate that the officer asked for I told him no (verbatim). The C/O Beyer then placed me in cuffs my lefthand first, and tried to cuff my right hand to retrieve what was in my hand, after which, I placed what's was in my right hand into my mouth. C/O Beyer's then started to strike me in my face numerous of times. After that I hit him back. Then C/O Beyer's and numerous of C/O in Div 9-1-H 3 to 11 Shift started slammed me to the ground kicking me in the face and body (as seen on camera) I was then taken to holding in handcuffs by Sgt. Szuls, in which he twisted my wrist and ran my head into the wall causing blood to gush from my forehead. I was taken to Stroger with an fracture jaw. contusion to my wrist, swelling to the forehead.

Dear Kenneth N. Flaxman

Hello Sir! This is Jerome E Watson, the purpose for this letter is, I got physically assaulted by an C/O Beyers + Sgt Szuls on 3/18/22. I was taken to Stroger Hospital with an Fractured Jaw, Contusion and abrasion to the head and wrist. I'm currently in Cermak on liquid Diet and Soft Diet, I can't eat and sleep, and I'm in a lot of pain. I'm on Tylenol 3.

I was suckered punched over 5 times in the face, slammed to ground with an handcuff on my left wrist, Once on the ground I was kicked and punched in the face and body numerous of times by C/o Beyers and numerous unknown C/o. This happened in Div-9-1-H at 7:30 p.m in Segregation. The whole incident was caught on (Camera). I've filed grievance with C.C.J.DOC I've exhausted my administrative remedy, and wrote an letter to O.P.R. I'm want to file suit against the C/o + Sgt that assaulted me, and bring criminal charges against them. This was an unprovoked attack, I've done nothing wrong

Sincerely
Jerome E. Watson Jr.

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (¡Para ser llenado solo por el personal de Inmate Services !)

- [x] Emergency Grievance
- [ ] Grievance
- [ ] Non-Compliant Grievance
- [ ] Cermak Health Services
- [x] Superintendent: _____
- [x] Other: _____

**PRINT - INMATE LAST NAME** (Apellido del Preso): Watson
**PRINT - FIRST NAME** (Primer Nombre): Jerome
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20190517022
**DIVISION** (División): 8 Cermak
**LIVING UNIT** (Unidad): 3 West
**DATE** (Fecha): 3/19/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and ...
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns ...

WATSON, JERO
RegDt: 03/19/2022
MRN: 6321796
FIN: 865432843

[Spanish translation of guidelines]

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 3/18/22 | 1:30 p.m. | Div 9 1-H | C/O Bejeros / Sgt [illegible] / C/O [illegible] Dr. Stroger |

On the above date and time C/O Bejeros opened an inmate cell in Div 9 1-H 148 - of an inmate that (seen on camera). I then retrieved something from that inmate that the officer wished for (all be it verbatim). C/O Bejeros then placed me in cuffs - my left hand first and tried to cuff my right hand, but to no avail, after which I placed what was in my right hand into my mouth. C/O Bejeros then started to choke me in my face numerous of times (as seen on camera). Then C/O Bejeros and numerous of C/O's in Div 9 1-H sent/slammed me to the ground and [illegible] in my face — his face and my face [illegible]. I was then [illegible] holding my hand out [illegible] but to no avail which he twisted my wrist and ran my head into the wall causing blood to gush from my forehead. I was taken to Stroger with a fractured jaw, contusion to my wrist and a cut to the forehead.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información:)
Steven McGee 20201617013 Div 9 1-H 121

**INMATE SIGNATURE:** (Firma del Preso): Jerome C Watson Jr

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR** (Print): [illegible]
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3/24/2022

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print): _____
**SIGNATURE:** _____
**DATE REVIEWED:** _____

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# I.I.C. Grievance Number:
## 2022x04595

## *Numero De Queja*

Although this R/Supv. cannot substantiate or deny your allegation(s), please be advised that your grievance has been forwarded to the Offices of Professional Review and Divisional Superintendent for their review and/or investigation.

*Aunque este R/Supervisor no puede corroborar o negar su(s) alegación(es), por favor tenga en cuenta que su queja se ha enviado a las Oficinas de Revisión Profesional (OPR) y al Superintendente de División para su revisión y / o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination, or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

Office of Professional Review
3026 S. California Ave
Building 2 / 4th floor
Chicago, Illinois 60608

**INDIVIDUAL IN CUSTODY COPY**